UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JEFFREY DALE THURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:22-CV-128-DCLC-CHS |
| v. | ) | |
| | ) | |
| SHERIFF STEVE LAWSON, | ) | |
| LT. HARGIS, | ) | |
| COR. CALLAHAN, | ) | |
| COR. MINGIE, | ) | |
| SGT. BROGAN, | ) | |
| OFFICER DICKENS, and | ) | |
| TRINITY FOOD SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court